# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SKYLIGHTS LLC, | |
| Plaintiff, | 2:15-cv-00043-GMN-VCF |
| vs. | **ORDER** |
| DAVID BYRON, *et al.*, | |
| Defendants. | |

Pending before the Court is a joint motion to stay discovery pending resolution of the motion for summary judgment filed at Docket No. 26. (#28). The Court has considered the joint motion in light of the goals of Rule 1 to "secure the just, speedy, and inexpensive" determination of all cases. For good cause shown, the motion to stay is hereby GRANTED. In the event resolution of the above motion for summary judgment (#26) does not result in the disposition of this case, the parties must file a joint discovery plan within 14 days of the issuance of the order resolving that motion.

IT IS SO ORDERED.

DATED this 13th day of April, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE