MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
Law Office of Mike Beede, PLLC
2300 W. Sahara Ave., Suite 420
Las Vegas, NV 89102
Phone: 702-473-8406
eservice@legallv.com
*Attorneys for Plaintiff/Counter-Defendant Skylights LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SKYLIGHTS LLC, | CASE NO. 2:15-cv-00043-GMN-VCF |
| Plaintiff, | |
| v. | |
| DAVID BYRON; JENNIFER BYRON; CCSF, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; CITIMORTGAGE, INC.; CLEAR RECON CORP.; | **NOTICE OF DISASSOCIATION** |
| Defendants, | |
| and | |
| FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association, | |
| Intervenor. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| Counterclaimant, | |
| and | |
| FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association, | |
| Intervenor, | |
| vs. | |

|   |   |
|---|---|
| 1 | SKYLIGHTS LLC; THE FALLS AT RHODES RANCH CONDOMINIUM ASSOCIATION, INC., |
| 2 |  |
| 3 |  |
| 4 | Counter-Defendants. |

Plaintiff/Counter-Defendant Skylights LLC hereby provides notice that Cheryl A. Grames, Esq. is no longer associated with The Law Offices of Mike Beede, PLLC, and requests that Ms. Grames be removed from the CM/ECF service list.

The Law Office of Mike Beede, PLLC will continue to represent Plaintiff/Counter-Defendant Skylights LLC and requests that Michael Beede, Esq. receive all future notices.

DATED this 3rd day of February, 2017.

　　　　　　　　　　　　　　　LAW OFFICE OF MICHAEL BEEDE, PLLC

　　　　　　　　　　　　　　　By: _/s/ Michael Beede, Esq._____
　　　　　　　　　　　　　　　MICHAEL BEEDE, ESQ.
　　　　　　　　　　　　　　　Nevada Bar No. 13068
　　　　　　　　　　　　　　　2300 W. Sahara Ave., #420
　　　　　　　　　　　　　　　Las Vegas, NV 89102

**COURT APPROVAL**

IT IS SO ORDERED.

Date: 2-3-2017

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, not interested in, this action. On the 3rd day of February, 2017, I caused a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** to be served by the method indicated:

___ U.S. Mail

___ U.S. Certified Mail

___ Facsimile Transmission

___ Federal Express

_X_ Electronic Service via CM/ECF

___ E-Mail

　　　　　　　　　　　　　　　　　/s/ Allison Zeason
　　　　　　　　　　　　　　　　An Employee of the Law Office of
　　　　　　　　　　　　　　　　Mike Beede, PLLC